IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:25-cr-247-TFM-MU |
| | ) |
| WILLIE HOSEA | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On January 6, 2026, the Defendant Willie Hosea, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts One, Two, and Three of the Indictment (Doc. 1) charging violations of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Prohibited Person (felon). *See* Docs. 20, 21. The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted. *See* Doc. 22. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts One, Two, and Three of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **April 9, 2026 at 10:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 27th day of January, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE